# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE THREE HOLDINGS, LLC, | No. 1:18-cv-00603-MCE-GGH |
| Plaintiffs, | <u>ORDER</u> |
| v. | |
| JOHN DOE subscriber assigned IP address 68.189.70.106, | |
| Defendant. | |

This cause came before the Court upon Plaintiff's ex-part application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a Summons and Complaint. Plaintiff shall have until September 30, 2018, in which to initially serve the court's order as previously directed on the person identified with the above listed ISP address.

**IT IS SO ORDERED.**

Dated: August 6, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1